United States District Court
Southern District of Texas
**ENTERED**
June 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| DAVID FENNER, *et al.*, § § Plaintiffs, § V. § SELECT PORTFOLIO SERVICING, INC., § § Defendant. § § § § § | CIVIL ACTION NO. 6:24-CV-00013 |

## ORDER

Before the Court is the parties' stipulation of dismissal with prejudice filed and signed by all parties and which the Court hereby deems effective. (D.E. 13); FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court **ORDERS** the Clerk of Court to **CLOSE** this case. The parties shall be responsible for their own attorney fees and costs incurred in connection with this matter.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
   June 18th, 2025